IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHESTER SCOTT,

        Appellant,

        Case No.  5D22-2861
v.                      LT Case No. 2008-CF-4802

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed May 16, 2023

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Chester L. Scott, Daytona Beach, pro se.

Ashley Moody, Attorney General,
Tallahassee,  and  Whitney  B.  Hartless,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.  *See Richardson v. State*, 918 So. 2d 999, 1002-04 (Fla.

5th DCA 2006).

JAY, KILBANE and PRATT, JJ., concur.